UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ERNEST RILEY**                                                                                           **PLAINTIFF**

**VS.**                                                                         **CASE NO. 3:19-CV-00206-DPJ-FKB**

**STEAMER'S SHRIMP AND CRAB
MARKET and ANTONIO POPE,                                                      DEFENDANTS
INDIVIDUALLY**

## AGREED ORDER OF DISMISSAL

The parties have agreed to and announce to the Court a confidential settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

a.  This case is **hereby dismissed with prejudice**, with the parties to bear only their own costs and attorneys' fees;

and

b.  The aforementioned Confidential Settlement Agreement and General Release is hereby approved.

**SO ORDERED AND ADJUDGED** this the 8th day of July, 2020.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY ALL PARTIES AND COUNSEL